**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 12-2457**

────────────

CHARLES R. MAJOR, JR., a/k/a Charles R. Major,

              Plaintiff - Appellant,

     v.

MR. MIKE RAYMOND, sued individually and in working capacity;
HOUSING AUTHORITY OF THE CITY OF GREENVILLE; MS. MARIAN
TODD, sued individually and in working capacity,

              Defendants - Appellees.

────────────

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., Senior
District Judge.  (6-12-cv-00183-GRA)

────────────

Submitted:  May 30, 2013          Decided:  June 4, 2013

────────────

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

────────────

Affirmed by unpublished per curiam opinion.

────────────

Charles R. Major, Appellant Pro Se.  Emily T. Whitney, DEVLIN &
PARKINSON, PA, Greenville, South Carolina, for Appellees.

────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles R. Major, Jr., appeals the district court's orders adopting the magistrate judge's recommendation and dismissing his civil complaint, and denying his subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Major v. Raymond, No. 6:12-cv-00183-GRA (D.S.C. Sept. 28, 2012; Oct. 23, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED